# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TEMESGEN TESHOME ABDISSA, : | |
| Plaintiff, : | |
| : | CIVIL ACTION |
| v. : | NO. 16-6158 |
| : | |
| JANSSEN RESEARCH & : | |
| DEVELOPMENT, LLC, : | |
| Defendant. : | |

## ORDER

This 9th day of January, 2018, upon consideration of Defendant Janssen Research & Development, LLC's Motion for Summary Judgment, ECF No. 31, and Plaintiff Temesgen Abdissa's Responsive Brief in Opposition to Defendant's Motion, ECF No. 37, it is hereby **ORDERED** that Defendant's Motion is **GRANTED**.

       /s/ Gerald Austin McHugh
    United States District Judge